DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JERZY KOWAL,**
Appellant,

v.

**PONTE VERDE AT PALM BEACH LAKES CONDOMINIUM
ASSOCIATION, INC.,**
Appellee.

No. 4D17-2107

[October 11, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James T. Ferrara, Judge; L.T. Case No. 50-2015-CA-010476-XXXX-MB.

Jerzy Kowal, West Palm Beach, pro se.

Joseph B. Lancos and Jeffrey M. Fauer of Tripp Scott, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE and KLINGENSMITH, JJ., CONCUR.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***